# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Supreme Court of the U.S.
One First Street, N.E.
Washington, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Colgate University - Donation to charitable organization | $1,000.00 |
| 2. 2014 | Colorado Christian University - Teaching | $10,000.00 |
| 3. 2014 | New England School of Law - Teaching | $10,000.00 |
| 4. 2014 | Saint Thomas More Corp. - Yale University - Donation to charitable organization | $2,000.00 |
| 5. 2014 | University of Tennessee - Teaching | $5,000.00 |
| 6. 2014 | West Services Inc. - Book royalities | $33,798.10 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alberta Court of Appeals | October 22 | Alberta, Canada | Speech | Transportation, Food, and Lodging |
| 2. | Aleph Society | June 10 | New York, NY | Speech | Transportation, Food, and Lodging |
| 3. | Appellate Judges Education Institute | November 15 | Dallas, TX | Speech | Transportation, Food |
| 4. | Colorado Christian University | October 1 | Lakewood, CO | Teaching | Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | Brooklyn Law School | March 21 | Brooklyn, NY | Lecture | Transportation, Food, and Lodging |
| 6. | Colorado Defense Lawyers Association | July 25 | Denver, CO | Speech | Transportation, Food, and Lodging |
| 7. | Ducks Unlimited | May 31 | St. Louis, MO | Speech | Transportation, Food |
| 8. | Federalist Society | October 13 | New York, NY | Speech | Transportation, Food, and Lodging |
| 9. | Harvard Law School | November 18 | Cambridge, MA | Moot Court | Transportation, Food, and Lodging |
| 10. | New England School of Law | July 8-17 | Galway, Ireland | Teaching | Transportation, Food, and Lodging |
| 11. | Saint Thomas More Corp. - Yale University | April 2 | New Haven, CT | Lecture | Transportation, Food, and Lodging |
| 12. | State Bar of California | September 11 | San Diego | Speech | Transportation, Food, and Lodging |
| 13. | State Bar of Georgia | March 14 | Atlanta, GA | Speech | Transportation, Food, and Lodging |
| 14. | Union League Club of Chicago | February 14 | Chicago, IL | Speech | Transportation, Food, and Lodging |
| 15. | University Club of New York | January 28 | New York, NY | Speech | Food, Lodging |
| 16. | University of Colorado | October 1 | Boulder, CO | Lecture | Transportation, Food, and Lodging |
| 17. | University of Hawaii | February 3 | Honolulu, HI | Lectures | Transportation, Food, and Lodging |
| 18. | University of Idaho | August 25 | Boise, ID | Lecture | Transportation, Food, and Lodging |
| 19. | University of Mississippi | December 15 | Oxford, MS | Lecture | Transportation, Food, and Lodging |
| 20. | University of San Francisco | January 31 | San Francisco, CA | Lectures | Transportation, Food, and Lodging |
| 21. | University of Tennessee | April 14-15 | Knoxville, TN | Teaching | Transportation, Food, and Lodging |
| 22. | University of Zurich | May 21-23 | Zurich, Switzerland | Lectures | Transportation, Food, and Lodging |
| 23. | William & Mary Law School | May 11 | Williamsburg, VA | Lecture | Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | | Interest | | | Matured | 08/31/14 | | | |
| 2. Capital One Bank | A | Interest | L | T | | | | | |
| 3. American Funds Growth Fund of America 529F1 (CGFFX) | E | Dividend | M | T | Buy (add'l) | 12/10/14 | K | | |
| 4. Harbor Bond Fund Inst (HABDX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 5. Ivy Science & Technology (ISTIX) | A | Dividend | | | Sold | 12/23/14 | J | B | |
| 6. Templeton Global Bond (TGBAX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 7. Vanguard Short-Term Bond Fund (VBSSX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 8. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 9. Berkshire Hathaway Class B common shares (BRKB) | | None | J | T | | | | | |
| 10. Voya Fixed Index Annuity | E | Interest | N | T | | | | | |
| 11. SPDR Gold Trust ETF (GLD) | | None | | | Sold | 12/23/14 | K | A | |
| 12. Wells Fargo High Yield Bond (SHYYX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 13. Vanguard Energy ETF (VDE) | A | Dividend | J | T | Sold (part) | 12/23/14 | J | A | |
| 14. Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 15. Fidelity Floating Rate High Yield Bond Fund (FFRHX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 16. American Funds AMCAP 529F1 (CAFFX) | C | Dividend | K | T | Buy (add'l) | 12/10/14 | J | | |
| 17. American Funds Capital World Bond 529F1 (CCWFX) | A | Dividend | J | T | Buy (add'l) | 12/10/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds EuroPacific Gr 529F1 (CEUFX) | A | Dividend | J | T | Buy (add'l) | 12/10/14 | J | | |
| 19. American Funds Interm Bond Fund 529F1(CBOFX) | A | Dividend | J | T | | | | | |
| 20. American Funds Sh-Tm Bond Fd 529F1 (CFAMX) | A | Dividend | J | T | | | | | |
| 21. American Funds Wash Mutual 529F1 (CWMFX) | A | Dividend | J | T | Buy (add'l) | 12/10/14 | J | | |
| 22. Charles Schwab Cash Sweep Account | A | Interest | M | T | | | | | |
| 23. Vanguard MSCI Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 24. Rental Property, Charlottesville, VA (2008 $165,000) | D | Rent | M | R | | | | | |
| 25. Eagle MLP Strategy I (EGLIX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 26. Voya Real Estate Instl (CRARX) | A | Dividend | | | Sold | 12/23/14 | J | B | |
| 27. Tweedy, Browne Global Value (TBGVX) | | None | | | Sold | 12/23/14 | J | A | |
| 28. Vanguard Small Cap ETF (VB) | A | Dividend | | | Sold | 12/23/14 | J | B | |
| 29. Vanguard Inflation Protected Securities Fund (VAIPX) | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 30. Schwab US Small-Cap ETF (SCHA) | A | Dividend | J | T | | | | | |
| 31. Schwab US Broad Market ETF (SCHB) | B | Dividend | M | T | Sold (part) | 12/15/14 | J | B | |
| 32. Schwab International Small-Cap ETF (SCHC) | A | Dividend | J | T | | | | | |
| 33. Schwab Emerging Markets ETF (SCHE) | A | Dividend | J | T | | | | | |
| 34. Schwab International Equity ETF (SCHF) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab US Large-Cap Growth ETF (SCHG) | A | Dividend | J | T | Sold (part) | 08/14/14 | J | A | |
| 36. Schwab US Mid-Cap ETF (SCHM) | A | Dividend | J | T | | | | | |
| 37. Schwab US Large-Cap Value ETF (SCHV) | A | Dividend | J | T | Sold (part) | 08/14/14 | J | A | |
| 38. Schwab US Aggregate Bond ETF (SCHZ) | A | Dividend | J | T | | | | | |
| 39. iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Sold (part) | 12/15/14 | J | A | |
| 40. American Funds Income Fnd of Amer 529F1 (CIMFX) | A | Dividend | J | T | Buy (add'l) | 12/10/14 | J | | |
| 41. American Funds SmallCap World Fund 529F (CSPFX) | A | Distribution | J | T | Buy (add'l) | 12/10/14 | J | | |
| 42. American Funds EuroPacific Growth F1 (AEGFX) | | None | | | Sold | 12/23/14 | J | A | |
| 43. American Funds EuroPacific Growth F2 (AEPFX) | A | Dividend | K | T | | | | | |
| 44. MFS Intl New Discovery (MWNIX) | A | Dividend | K | T | | | | | |
| 45. Goldman Sachs N-11 Equity Instl (GSYIX) | | None | | | Sold | 12/10/14 | J | A | |
| 46. Invesco Developing Markets Y (GTDYX)) | | None | K | | Sold | 12/10/14 | K | A | |
| 47. Morgan Stanley Inst Global Franchise (MSFAX) | B | Dividend | K | T | | | | | |
| 48. Doubleline Total Return Bond I (DBLTX) | C | Dividend | L | T | | | | | |
| 49. PIMCO Total Return ETF (BOND) | A | Dividend | | | Sold (part) | 08/14/14 | J | A | |
| 50. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 51. | | | | | Sold | 12/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return Instl (PTTRX) | A | Dividend | | | Buy (add'l) | 04/04/14 | J | | |
| 53. | | | | | Sold | 05/06/14 | M | A | |
| 54. Westcore Plus Bond Instl (WIIBX) | D | Dividend | M | T | Buy (add'l) | 11/05/14 | J | | |
| 55. | | | | | Sold (part) | 12/16/14 | J | B | |
| 56. PIMCO All Asset All Authority (PAUIX) | C | Dividend | L | T | Buy (add'l) | 12/10/14 | J | | |
| 57. | | | | | Sold (part) | 12/16/14 | J | A | |
| 58. Eaton Vance Global Macro Absolute Return (EIGMX) | A | Dividend | | | Sold | 04/29/14 | K | A | |
| 59. JP Morgan Strategic Income Opps Sel (JSOSX) | A | Dividend | | | Sold | 12/23/14 | L | A | |
| 60. Wells Fargo Advantage Absolute Ret Adm (WARDX) | A | Dividend | K | T | Buy | 04/29/14 | K | | |
| 61. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 62. | | | | | Sold (part) | 12/10/14 | J | A | |
| 63. Metropolitan West Total Return Bond I (MWTIX) | B | Dividend | M | T | Buy | 05/06/14 | M | | |
| 64. | | | | | Sold (part) | 12/16/14 | J | A | |
| 65. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | L | T | Buy | 12/10/14 | K | | |
| 66. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 67. iShares Core Short-Term USD Bond (ISTB) | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 68. | | | | | Buy (add'l) | 12/23/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab US TIPS ETF (SCHP) | | | J | T | Buy | 12/11/14 | J | | |
| 70. | | | | | Sold (part) | 12/12/14 | J | A | |
| 71. Vanguard Short-Term Inflation-Protected Secs ETF (VTIP) | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 72. Trust #1 | E | Dividend | O | T | | | | | |
| 73. -BIF Money Fund (cash account) | | | | | | | | | |
| 74. -BlackRock Global Sm Cap Fund Instl (MAGCX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 75. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 76. -BlackRock Equity Dividend Instl (MADVX) | | | | | Sold (part) | 01/08/14 | J | B | |
| 77. | | | | | Sold (part) | 04/17/14 | J | A | |
| 78. | | | | | Sold (part) | 09/15/14 | K | D | |
| 79. -BlackRock Global Allocation Fund Instl (MALOX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 80. | | | | | Sold (part) | 09/15/14 | K | D | |
| 81. -BlackRock Core Bond Port Instl (BFMCX) | | | | | Sold (part) | 01/08/14 | J | A | |
| 82. | | | | | Sold (part) | 04/17/14 | J | A | |
| 83. | | | | | Sold (part) | 09/15/14 | K | C | |
| 84. -BlackRock Capital Appreciation Fund Inc Instl (MAFGX) | | | | | Sold (part) | 04/17/14 | J | B | |
| 85. | | | | | Buy (add'l) | 09/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -BlackRock Strategic Income Opps Inst (BSIIX) | | | | | Sold (part) | 01/08/14 | J | A | |
| 87. | | | | | Sold (part) | 04/17/14 | J | A | |
| 88. | | | | | Sold (part) | 09/15/14 | J | B | |
| 89. -BlackRock Global Dividend Portfolio Inst (BIBDX) | | | | | Sold (part) | 01/08/14 | J | A | |
| 90. | | | | | Sold (part) | 04/17/14 | J | A | |
| 91. | | | | | Buy (add'l) | 09/15/14 | K | | |
| 92. -BlackRock Mid CapValue Opps Inst (MARFX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 93. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 94. -BlackRock Large Cap Growth Fund Instl (MALHX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 95. | | | | | Sold (part) | 09/15/14 | J | A | |
| 96. -BlackRock Large Cap Value Fund Instl (MALVX) | | | | | Sold (part) | 01/08/14 | J | A | |
| 97. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 98. | | | | | Sold (part) | 09/15/14 | J | A | |
| 99. -BlackRock Low Duration Bond Instl (BFMSX) | | | | | Sold | 04/17/14 | J | A | |
| 100. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 101. -BlackRock Intl Opp Port Inst (BISIX) | | | | | Sold (part) | 01/08/14 | J | A | |
| 102. | | | | | Sold (part) | 04/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/15/14 | K | A | |
| 104. -BlackRock GNMA Inst (BGNIX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 105. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 106. -BlackRock Hi Yld Bd Portfolio Inst Cl (BHYIX) | | | | | Sold (part) | 04/17/14 | J | A | |
| 107. | | | | | Sold (part) | 09/15/14 | J | A | |
| 108. -iShares Russell 1000 Growth (IWF) | | | | | Sold (part) | 01/08/14 | J | A | |
| 109. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 110. | | | | | Sold (part) | 09/15/14 | J | A | |
| 111. -iShares Russell 1000 Value (IWD) | | | | | Buy | 09/15/14 | K | | |
| 112. -iShares Select Dividend ETF (DVY) | | | | | Buy | 09/15/14 | K | | |
| 113. -iShares Intl Select Dividend ETF (IDV) | | | | | Buy | 09/15/14 | K | | |
| 114. -iShares Inc Core MSCI Emerging Markets ETF (IEMG) | | | | | Buy | 09/15/14 | K | | |
| 115. -iShares Core S&P 500 ETF (IVV) | | | | | Buy | 12/26/14 | K | | |
| 116. Trust #2 | E | Distribution | N | T | | | | | |
| 117. -Schwab Adv Cash Reserves (Money Market Fund) | | | | | | | | | |
| 118. -American Funds EuroPacific Growth F (AEGFX) | | | | | Sold | 12/23/14 | J | B | |
| 119. -Berkshire Hathaway Class B common shares (BRKB) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Floating Rate High Yield Bond Fund (FFRHX) | | | | | Sold | 07/02/14 | K | A | |
| 121. -Harbor Bond Fund Inst (HABDX) | | | | | Sold | 07/02/14 | K | A | |
| 122. -Ivy Science & Technology (ISTIX) | | | | | | | | | |
| 123. -Templeton Global Bond (TGBAX) | | | | | Sold | 07/02/14 | K | A | |
| 124. -Vanguard Emerging Market ETF (VWO) | | | | | Sold | 12/23/14 | K | A | |
| 125. -Vanguard Energy ETF (VDE) | | | | | Sold | 12/23/14 | J | B | |
| 126. -Vanguard Mid Cap ETF (VO) | | | | | | | | | |
| 127. -Vanguard Short-Term Bond Fund (VBSSX) | | | | | Sold | 07/03/14 | K | | |
| 128. -Vanguard Total Stock Market ETF (VTI) | | | | | | | | | |
| 129. -Wells Fargo High Yield Bond (SHYYX) | | | | | Sold | 07/02/14 | K | A | |
| 130. -c5 SL I Limited Partnership | | | | | | | | | |
| 131. -Eagle MLP Strategy I (EGLIX) | | | | | | | | | |
| 132. -Voya Real Estate Instl (CRARX | | | | | | | | | |
| 133. -SPDR Gold Shares (GLD) | | | | | Sold | 07/02/14 | J | A | |
| 134. -Tweedy, Browne Global Value (TBGVX) | | | | | Sold | 12/23/14 | J | B | |
| 135. -Vanguard Small Cap ETF (VB) | | | | | | | | | |
| 136. -Vanguard Inflation Protected Securities Fund Adm Sh(VAIPX) | | | | | Sold | 07/03/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 10 - Voya formerly listed as ING
2) Part VII, Line 26 - Voya formerly listed as ING
3) Part VII, Line 132 - Voya formerly listed as ING
3) Part VII - On 6/04/2014, Vanguard Funds merged Vanguard Short-Term Bond Index Admiral shares (VBIRX) into Vanguard Short-Term Bond Index Signal shares (VBSSX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Antonin Scalia**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544